UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER LANGSTON, | No. 2:16-cv-2255 DB P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On the form complaint, plaintiff identifies the California Department of Corrections and Rehabilitation, and Warden Robert Fox and Correctional Officer Blackford, both of the California Medical Facility in Vacaville, as defendants. However, in the description of his claim, plaintiff alleges violations of his civil rights by an Officer Molina at Valley State Prison. If plaintiff wishes to seek relief from Warden Fox and Officer Blackford, he must specifically allege what they have done. If plaintiff wishes to seek relief from Officer Molina and/or others at Valley State Prison, then he must identify those people as defendants. In addition, any civil rights action regarding alleged violations that took place at Valley State Prison, which is in Madera County, should be filed in the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

1    Plaintiff has not paid the required filing fee of $350.00 plus the $50.00 administrative fee
2 nor has he filed an application to proceed in forma pauperis. <u>See</u> 28 U.S.C. §§ 1914(a) & 1915(a).
3 If plaintiff wishes to proceed with a civil rights action, he must pay the filing fee in full or submit
4 a properly completed application to proceed in forma pauperis.
5    Plaintiff is cautioned that the in forma pauperis application form includes a section that
6 must be completed by a prison official, and the form must be accompanied by a certified copy of
7 plaintiff's prison trust account statement for the six-month period immediately preceding the
8 filing of this action.
9    Good cause appearing, IT IS HEREBY ORDERED that:
10   1. If plaintiff wishes to seek relief against defendants at the California Medical Facility in
11      Vacaville, plaintiff shall file an amended complaint in this case within thirty (30) days
12      of the date of this order.  Plaintiff's failure to do so will result in dismissal of this case.
13   2. If plaintiff wishes to seek relief against defendants at Valley State Prison, he shall
14      amend his complaint to identify those defendants and file it in the Fresno Division at
15      the following address:

16      United States District Court
        Eastern District of California
17      2500 Tulare Street
        Fresno, CA 93721
18

19   3. When plaintiff files his amended complaint, he shall submit to the appropriate court
20      either the $350.00 filing fee plus the $50.00 administrative fee or a properly completed
21      application to proceed in forma pauperis on the form provided with this order; plaintiff
22      is cautioned that failure to comply with this order or seek an extension of time to do so
23      will result in dismissal of this action without prejudice; and

24   ////
25   ////
26   ////
27   ////
28   ////

4. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

Dated:  September 28, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB:1/prisoner-civil rights/lang2255.am